## Walsh, Appellant, *v.* Philadelphia School District.

Argued October 2, 1941. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*Wesley H. Caldwell,* with him *Abraham Koppelman,* for appellant.

*Franklin S. Edmonds,* with him *C. Brewster Rhoads, Edward B. Soken* and *J. Warren Brock,* for appellee.

PER CURIAM, November 24, 1941:

The judgment is affirmed on the opinion of Judge RHODES. Costs to be paid by the School District of Philadelphia.